Case: 1:18-cv-03726 Document #: 1 Filed: 05/29/18 Page 1 of 5 PageID #:1

RECEIVED

MAY 29 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:18-cv-03726
Judge Rebecca R. Pallmeyer
Magistrate Judge Maria Valdez

U.S. DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN TRUMAINE CLAY, on behalf of the ESTATE OF JOHN JEROME CLAY<br><br>Plaintiff,<br>v.<br><br>THE UNIVERSITY OF CHICAGO, ABM INDUSTRIES INC., ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY<br><br>Defendants. | Case No.:<br><br>**COMPLAINT FOR EQUITABLE DAMAGES, PUNITIVE DAMAGES, AND REQUEST FOR INJUNCTIVE RELIEF**<br><br>**JURY TRIAL DEMANDED**<br><br>Judge:<br><br>Date Action filed:<br>Date set for trial: |

## I. NATURE OF THE CASE

Defendants University of Chicago (D UOC) and ABM Industries (D ABM) along with Defendants Illinois Department of Employment Security (D GOV) hired Plaintiff (P) and received the Work Opportunity Tax Credit. D ABM fired P once the tax credits dried up which led to his death. P's estate now brings this Wrongful Death action seeking: equitable and injunctive relief for negligent conduct; treble and punitive damages pursuant to the Federal Tort Claims Act for Defendants' collective and organized misuse of the WOTC in relation to P's death.

## II. JURISDICTION

This court has jurisdiction over this action under 28 U.S.C. §§ 1331, 1337, 1338 and pursuant to 28 U.S.C. § 1367(a) Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b), (c) and (d).

## III. FACTS

1. D GOV assisted D ABM and D UOC to received the WOTC.

1

    1.1. The WOTC is meant to induce employers to hire members of groups thought to experience employment problems.

    1.2. D knows, or should know that hiring ex-felons allow them to receive the WOTC.

    1.3. D knows, or should know, that P. was an ex-felon.

2. D takes all reasonable care in the treatment of its employees and to the public.

3. D cares about the interest of their shareholders, donors, affiliates, vendors, but more importantly to its employees and to the public.

4. D would not intentionally bring harm to any of its employees, nor to the public in general.

5. D is an ethical entity and always takes responsibility for its mistakes.

6. D UOC, has a business relationship with D ABM.

    6.1. D UOC runs a world renowned Department of Psychology[1].

    6.2. D UOC knows, or should know, that joblessness causes psychology injury[2].

    6.3. D UOC knows, or should know, that being fired is a triggering event which could lead to death[3].

    6.4. D ABM's CEO works with drug addicts[4].

    6.5. D owes a duty to its employees and to the public[5].

    6.6. Causing the death of an employee would be a breach of duty.

---

[1] THE DEPARTMENT OF PSYCHOLOGY - THE UNIVERSITY OF CHICAGO.
[2] U.S. NATIONAL LIBRARY OF MEDICINE, FINDING THAT JOBLESSNESS CAUSES MENTAL INJURY WHICH AGREES WITH FINDINGS OF THE AMERICAN FOUNDATION FOR SUICIDE PREVENTION (AFSP.)
[3] THE C.D.C. QUOTED BY AFSP SUICIDE STATISTICS 2017. SEE: https://afsp.org/about-suicide/suicide-statistics/; EFFECT OF ECONOMIC INSECURITY ON MENTAL HEALTH, SOC SCI MED 2016. SEE: https://www.ncbi.nlm.nih.gov/pubmed/26826683
[4] ABM EXECUTIVE TEAM, stating that CEO Scott Salmirs is a board member for an organization that works with drug users. SEE: https://www.abm.com/executive-team/
[5] ABM WEBSITE. SEE: https://www.abm.com/abmcares/

6.7. D party can unintentionally been the direct and proximate cause of P's death.

    6.7.1. D knows, or should know that firing ex-cons abruptly and unreasonably is dangerous due to their highly volatile psychological disposition.

        6.7.1.1. D has policies that does not consider this danger.

7. D hired P.

    7.1. D can easily access P's video uploaded to YouTube[6].

        7.1.1. P is wearing a sweatshirt with D's logo.

        7.1.2. The date on the YouTube video was April 10, 2017.

        7.1.3. D knows, or should know that P worked for them on that date.

8. D admits that D GOV assisted them in hiring P and in receiving the WOTC.

9. D admits that it fired P.

    9.1. D admits that it knows, or should know, that it has an incentive to dismiss workers who do not make it eligible for the credit.

    9.2. D knows, or should know that it **can increase its tax credit by dismissing workers in order to hire other workers who make it eligible for the credit**

    9.3. D admits that it knows, or should know that this practice is called displacement.

    9.4. D admits that it can legally fire P at any time for any reason.

    9.5. D admits that benefiting from this tax credit is in the best interest of its shareholders[7].

    9.6. D admits that it knows or should have known that to benefit for this tax credit that P's total income could not exceed $9,600.

---

[6] YOUTUBE. SEE: https://www.youtube.com/watch?v=x4NZfl07oPs
[7] ABM ANNUAL REPORTS. SEE: http://investor.abm.com/annuals.cfm

9.6.1. D admits that it knows, or should know, that P's total income was about $9,000 when fired[8].

10. D admits that it knows, or should know, that it fired P around Independence Day 2017.

11. P died on July 4, 2017.

11.1. All D's breached their respective duties to P and to the public.

11.2. D's conduct as described above is outrageous and demonstrates a reckless disregard for human life and a conscious disregard for public safety.

12. As a result, P have suffered damages indicated above, and respectfully request this court to find D liable.

## V. PRAYER FOR RELIEF

13. P respectfully asks this court for a judgment against all Defendants.

13.1. Injunctive and equitable relief as the Court deems appropriate including

13.1.1. Requiring D UOC & ABM to cease churning.

13.1.2. Find that D GOV has policies that are repugnant to justice, contrary to public policy and amounts to willfully assisting in corrupting the public morals and to require D GOV to change its administration of the WOTC

13.2. Compensatory damages to be paid by all Defendants for

13.2.1. medical expenses, lost earnings, and pain and suffering experienced between the time of the accident and death, and

13.2.2. funeral expenses.

13.3. Punitive damages as the court deems appropriate;

---

[8] 2017 W2 FOR JOHN J. CLAY FROM ABM. ~~SEE ATTACHED.~~

  **13.4.**  Costs and attorneys fees of this lawsuit, with interest;

  **13.5.**  Any other relief as the court deems appropriate.

Dated: May 25, 2018

_____
Mr. John-Trumaine Clay, for
The Estate of John Jerome Clay